**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KIM KATORA BROWN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | ) ) ) ) | Civil Action No. 13-00569 (KBJ) |
| Defendant. | ) ) ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S NOTICE OF RELATED CASES**
**REGARDING CIVIL FORFEITURES**

Pursuant to Federal Rule of Civil Procedure 83 and Rule 40.5 of the Local Rules of Civil Procedure for the United States District Court for the District of Columbia, Defendant District of Columbia ("the District") hereby provides notice that the above-captioned civil matter is related to other civil actions pending before this District Court.

The District respectfully notifies the Court that *Brown v. District of Columbia*, Civ. A. No. 13-0686 (ESH) (D.D.C. May 13, 2013), is related to the above-captioned matter because both cases are putative class actions alleging that the District has violated vehicle owners' due process rights by (a) not having a preliminary hearing to challenge the District's retention of a vehicle seized for forfeiture and (b) requiring bond (or waiver of the bond requirement) to challenge the District's retention of such a vehicle.

The District further respectfully notifies the Court that *Hardy v. District of Columbia*, Civ. A. No. 09-1062 (RLW) (D.D.C. June 8, 2009), is related to the above-captioned matter because both cases are putative class actions alleging that the District

1

has violated currency owners' due process rights by failing to provide adequate notice to owners before forfeiting the currency.

Because *Brown v. District of Columbia* and *Hardy v. District of Columbia* involve common issues of fact and law, both of those cases are related to the instant case. *See* LCvR 40.5 (a)(3)(ii), (iii).

Date: August 26, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　IRVIN B. NATHAN
　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　ELLEN A. EFROS
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Public Interest Division


　　　　　　　　　　　　　　　　　　/s/ Grace Graham
　　　　　　　　　　　　　　　　　　GRACE GRAHAM [D.C. Bar No. 472878]
　　　　　　　　　　　　　　　　　　Chief, Equity Section
　　　　　　　　　　　　　　　　　　Public Interest Division

　　　　　　　　　　　　　　　　　　/s/ Gary Feldon
　　　　　　　　　　　　　　　　　　GARY FELDON [D.C. Bar No. 987142]
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　441 Fourth Street, NW
　　　　　　　　　　　　　　　　　　Sixth Floor South
　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　Telephone: (202) 724-5691
　　　　　　　　　　　　　　　　　　Facsimile: (202) 730-0640
　　　　　　　　　　　　　　　　　　Email: gary.feldon@dc.gov