**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KIM KATORA BROWN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | ) ) ) ) | Civil Action No. 13-00569 (KBJ) |
| Defendant. | ) ) ) | |

**DEFENDANT'S MOTION FOR DISMISSAL**
**OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), Defendant the District of Columbia respectfully moves this Court for dismissal of the Plaintiffs' Second Amended Complaint filed September 9, 2013.  The grounds and reasons for granting Defendant's motion are set forth in the accompanying Memorandum of Points and Authorities and proposed Order.

DATE:  October 28, 2013        Respectfully submitted,

                               IRVIN B. NATHAN
                               Attorney General for the District of Columbia

                               ELLEN A. EFROS
                               Deputy Attorney General
                               Public Interest Division

/s/ Grace Graham_____
GRACE GRAHAM [D.C. Bar No. 472878]
Chief, Equity Section
Public Interest Division
441 Fourth Street, NW, Suite 600S
Washington, DC 20001
Telephone: (202) 442-9784
Facsimile: (202) 741-8892
Email: grace.graham@dc.gov

/s/ Gary Feldon_____
GARY FELDON [D.C. Bar No. 987142]
Assistant Attorney General
Public Interest Division
Office of the Attorney General for the District of Columbia
441 Fourth Street NW, Suite 600S
Washington, DC 20001
Telephone: (202) 724-5691
Facsimile: (202) 730-0640
Email:  gary.feldon@dc.gov