# EXHIBIT B

20-Dec-13

Our records indicate that you are the listed possible owner/claimant for the following items of property:
1                          (P.C.N.#)

This property has been in the custody of the Metropolitan Police Department and has been cleared for release

Since this property is a motor vehicle, **you must have the original Clear Title, Current Registration and proof of Insurance**.

You must appear in person at our Blue Plains Impoundment Lot, with this letter, proof of ownership and proper identification to claim your property. In order for another person to pick this property up on your behalf, they must have a notarized letter granting them, by name, permission. This authorized person must also present proper identification. The preferred type of identification is a driver's license or non-driver's identification with a photograph.

The business hours for the Blue Plains Impoundment Lot are **Monday through Friday, 7:30 a.m. until 2:00 p.m.**, excluding holidays. Please refer to the **Property Control Number (PCN)** when making any inquiries or claims. A customer service representative will assist you with any questions on (202) 645-5544 or (202) 645-5591.

Robert L. Rose
Program Manager
Evidence Control Branch