UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No: 13-569 (KBJ) |

**PLAINTIFFS' OPPOSITION TO DISTRICT'S MOTION TO STAY CONSIDERATION OF THE DISTRICT'S MOTION TO DISMISS PENDING A DECISION ON CONSOLIDATION AND TRANSFER OF THE CASE**

Defendant's motion to stay [Document #'24] should be denied in its entirety. The District's motion to consolidate [Document # 23] is without merit because Brown-686 is a closed case and for the other reasons set forth in plaintiffs' opposition [Document # 25] to defendant's motion to consolidate.

1

Therefore, (1) there is prejudice to the Brown-569 plaintiffs' as the nonmoving parties; (2) there is no hardship or inequity to the District as the moving party without a stay; and, (3) the will be no judicial economy as a result of any stay. Am. Sales Co., LLC v. Warner Chilcott Pub. Ltd., 2013 U.S. Dist. LEXIS 110436, 6 (D.R.I. Aug. 6, 2013). In this case it was defendant who joined the issues in the case by filing a motion to dismiss; thus this case is distinguishable from cases where a stay is justified because the moving party had to file an answer or opposition to a merits motion.

Moreover, a stay will definitely not serve to prevent inconsistency and conserve resources because plaintiffs in Brown-686 obviously have no plans to file any merits motions anytime soon because the case is stayed. Moreover, the motion to stay is overbroad because there is not any reason to stay a determination of the motion to dismiss on claims in the Brown-569 plaintiffs' Second Amended Complaint which Ms. Krystle Brown does not raise.

Respectfully submitted,

| | |
|---|---|
| /sig/W Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for Named Plaintiffs<br>2020 Pennsylvania Ave., N.W.#395<br>Washington, DC 20004<br>Phone 202/824-0700 | |