UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, et al.<br><br>Plaintiffs<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant | Civil Action No:   13-569 (KBJ) |

# PLAINTIFFS' AMENDED AND RESTATED MOTION FOR CLASS ACTION TREATMENT

Kimberly KaTora Brown, Ishebekka Beckford, Nickoya Hoyte, Kelly Hughes, Takia Jenkins, Steven May, Romona Person, Muslimah Taylor, Dorian Urquhart, Shanita Washington, and Teneisha Williams ("Car Named Plaintiffs") and Jarrett Acey, Julius Gordon, Marilyn Langly, Nikoya Hoyte, David Littlepage and Terrence Thomas, Shane Lucas, Thomas Dutka and Ann Melton, Chiquata Steele, and Gregory Stewart ("Currency Named Plaintiffs") (collectively, "Named Plaintiffs") hereby respectfully move this Court pursuant to Fed. R. Civ. P. 23(a) and 23(b) (2) and 23(b) (3) to enter an order certifying the classes defined in this motion, appointing them as named plaintiffs, and appointing William Claiborne and Lynn Cunningham as class counsel and for other relief requested herein.

Named Plaintiffs do request a hearing on this motion.

Page 1

**CONSENT SOUGHT BUT NOT OBTAINED**

Plaintiffs sought consent from defendant before filing this motion but defendant did not consent.

**MOTION TIMELY FILED**

The original motion for class action treatment based on the First Amended Complaint was filed before the expiration of the 90 day period of LCvr 23.1(b).

**MOTION BASED ON PLAINTIFF'S SECOND AMENDED COMPLAINT**

This motion is based on plaintiffs' Second Amended Complaint [15]. However, since filing the Second Amended Complaint plaintiffs' have continued investigating the District's policy and practices regarding seizers for forfeiture determinations and criminal investigations and proceedings. Plaintiffs plan to file a Third Amended Complaint adding additional facts and plaintiffs but retaining the same claims. Plaintiffs propose revised class definitions for some classes based on their investigations.

**DEFENDANT**

Defendant in the case is the District of Columbia.

**CLASS CERTIFICATION**

The Named Plaintiffs move this Court pursuant to Fed. R. Civ. P. 23(a) and 23(b)(2) and 23(b) (3) to certify the classes defined in the Second Amended Complaint (with some modifications) and as set forth in the proposed order.

## NAMED PLAINTIFFS AND CLASS COUNSEL

Named Plaintiffs also respectfully move the Court to name them as the Named Plaintiffs and to appoint William Claiborne and Lynn Cunningham as Class Counsel. Richard Williams and Lorenzo Johnson also ask this Court to name them as named plaintiffs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579 | /s/ Lynn E. Cunningham<br>LYNN E. CUNNINGHAM<br>D.C. Bar # 221598 |
| Counsel for named plaintiffs | Counsel for named plaintiffs |
| 2020 Pennsylvania Ave, NW<br>#395<br>Washington, DC  20006<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com | P.O. Box 1547<br>Dubois, WY 82513<br>307-431-4158 (cell)<br>Email lcunningham@law.gwu.edu<br>Admitted in New York, Washington, D.C. and Wyoming. |