UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KIMBERLY KATORA BROWN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | ) ) ) ) | Civil Action No. 13-00569 (CRC) |
| Defendant. | ) ) ) | |

## NOTICE OF APPEARANCE

The Clerk will kindly note the appearance of Assistant Attorney General Fernando Amarillas as counsel for Defendant the District of Columbia in the above-captioned matter.

DATE:  July 24, 2015                Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

TONI MICHELLE JACKSON (D.C. Bar No. 453765)
Chief, Equity Section

GARY FELDON (D.C. Bar No. 987142)
Assistant Attorney General

/s/ Fernando Amarillas
FERNANDO AMARILLAS (D.C. Bar No. 974858)
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 442-9887
Facsimile:  (202) 730-0646
Email: fernando.amarillas@dc.gov

*Counsel for Defendant the District of Columbia*