**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KIMBERLY KATORA BROWN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| GOVERNMENT OF THE ) | Civil Action No. 13-00569 (CRC) |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE ANSWER TO SECOND AMENDED COMPLAINT**

Defendant the District of Columbia (the "District") respectfully submits this Consent

Motion for Extension of Time to File Answer to the Second Amended Complaint ("Consent

Motion"), under Federal Rule of Civil Procedure 6(b)(1). On July 21, 2015, the Court entered an

Order granting in part, and denying in part, the District's Motion to Dismiss Plaintiffs' Second

Amended Complaint. The District is now required to respond to the surviving claims and factual

allegations in the Second Amended Complaint, which consists of almost 550 paragraphs. The

District seeks a three-week extension of the deadline (currently August 4, 2015) to respond to the

Second Amended Complaint, making the Answer due on or by August 25, 2015.

The District attaches a memorandum of points and authorities in support of this Consent

Motion, and a proposed order for the Court's consideration.

Pursuant to Local Rule 7(m), undersigned counsel discussed this matter in good faith

with opposing counsel, and Plaintiffs consent to the requested relief. The District respectfully

requests that the Court grant the Consent Motion and enter the proposed order.

Dated: July 24, 2015                   Respectfully submitted,

                                       KARL A. RACINE
                                       Attorney General for the District of Columbia

                                       ELIZABETH SARAH GERE
                                       Acting Deputy Attorney General
                                       Public Interest Division

                                       /s/ Toni Michelle Jackson
                                       TONI MICHELLE JACKSON (D.C. Bar No. 453765)
                                       Chief, Equity Section
                                       Office of the Attorney General
                                       441 Fourth Street, N.W.
                                       Sixth Floor South
                                       Washington, D.C. 20001
                                       (202) 442-9784
                                       toni.jackson@dc.gov

                                        /s/ Gary Feldon
                                       GARY FELDON [D.C. Bar No. 987142]
                                       Assistant Attorney General
                                       441 Fourth Street N.W.
                                       6th Floor South
                                       Washington, DC 20001
                                       Telephone:  (202) 724-5691
                                       Facsimile:  (202) 730-0640
                                       Email:  gary.feldon@dc.gov

                                       /s/ Fernando Amarillas
                                       FERNANDO AMARILLAS (D.C. Bar No. 974858)
                                       Assistant Attorney General
                                       441 Fourth Street, NW
                                       Sixth Floor South
                                       Washington, D.C. 20001
                                       Telephone: (202) 442-9887
                                       Facsimile:  (202) 730-0646
                                       Email: fernando.amarillas@dc.gov

                                       ***Counsel for Defendant the District of Columbia***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KIMBERLY KATORA BROWN,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| **v.** | ) |
| | ) |
| **GOVERNMENT OF THE** | )      **Civil Action No. 13-00569 (CRC)** |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER TO SECOND AMENDED COMPLAINT**

Defendant the District of Columbia (the "District") respectfully submits the following memorandum of points and authorities in support of the Consent Motion for Extension of Time to File Answer to the Second Amended Complaint ("Consent Motion"):

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. Plaintiffs' consent to the requested extension of time;

3. The District's showing of good cause in support of the Consent Motion; and

4. The inherent power of the Court.

The District seeks a three-week extension for good cause, given the number of plaintiffs in this putative class action and the various allegations in the Second Amended Complaint, which consists of almost 550 paragraphs. Prior to filing an Answer, the District will need to confer and coordinate with several agencies and personnel of the District of Columbia. Accordingly, the District respectfully requests that the Court grant the Consent Motion and enter the proposed order.

Dated: July 24, 2015        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (D.C. Bar No. 453765)
Chief, Equity Section
Office of the Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9784
toni.jackson@dc.gov

/s/ Gary Feldon
GARY FELDON [D.C. Bar No. 987142]
Assistant Attorney General
441 Fourth Street N.W.
6th Floor South
Washington, DC 20001
Telephone:  (202) 724-5691
Facsimile:  (202) 730-0640
Email:  gary.feldon@dc.gov

/s/ Fernando Amarillas
FERNANDO AMARILLAS (D.C. Bar No. 974858)
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 442-9887
Facsimile:  (202) 730-0646
Email: fernando.amarillas@dc.gov

***Counsel for Defendant the District of Columbia***

2