UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIMBERLY KATORA BROWN, et al.** | |
| Plaintiffs, | |
| v. | Case No. 1:13-cv-00569 (CRC) |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** | |
| Defendant. | |

## SCHEDULING ORDER

Upon consideration of the Parties' Joint Rule 16.3 Meet and Confer Statement, it is hereby ORDERED that:

1. Discovery on both certification and merits issues in this case shall proceed according to the following schedule:

| | |
|---|---|
| Motion to Add Parties or Amend Pleadings | On or before October 21, 2015 |
| Motion for Class Certification | On or before October 21, 2015 |
| Initial Disclosures | On or before October 30, 2015 |
| Discovery Status Hearing | January 19, 2016 at 10:00 a.m. |
| Opposition to Motion for Class Certification | On or before February 19, 2016 |
| Reply in Support of Class Certification | On or before March 21, 2016 |
| Close of Fact Discovery[1] | April 4, 2016 |
| Post-Discovery Conference | April 6, 2016 at 10:00 a.m. |

2. Absent agreement of the parties or Order of the Court, the parties shall be limited to no more than twenty-five (25) interrogatories.

---

[1] The Court will consider the need for and timing of expert discovery at the January 19, 2016 status hearing.

3. No discovery motions may be filed without leave of the Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3480 to arrange for a telephone conference with the Court. The Court will either rule on the issue at the conclusion of the telephone conference or determine the manner in which it will be handled. At least twenty-four (24) hours before jointly calling chambers, the parties may be required to file with the Court a brief Joint Notice of Discovery Dispute summarizing the parties' respective positions.

4. Parties may not extend deadlines by stipulation. Parties must seek extensions by motion. Consent motions are generally looked upon with favor by the Court.

5. The Court will hold a post-discovery status conference, at which it will set a schedule for summary judgment briefing, if necessary. The parties are directed to Local Civil Rule 7(h) regarding the requirements for motions for summary judgment and oppositions. Parties shall provide courtesy copies of any document constituting, supporting, or opposing a dispositive motion if said document, together with its exhibits, attachments, declarations, and affidavits, is over one hundred (100) pages.

6. Defendant may, no later than November 6, 2015, renew its motion to dismiss Count Three of [15] Plaintiffs' Second Amended Complaint as to property seized solely for evidence.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: October 7, 2015