UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, *et al.*,   )<br>                                                      )<br>           *Plaintiffs*,                           )<br>**v.**                                                )<br>                                                      )<br>GOVERNMENT OF THE                  )<br>DISTRICT OF COLUMBIA,          )<br>                                                      )<br>           *Defendant*.                        )<br>_____ ) | Civil Action No. 13-00569 (CRC) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO DISMISS COUNT THREE OF
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant the District of Columbia (the District) respectfully submits this Consent Motion for Extension of Time to File Motion to Dismiss Count Three of Plaintiffs' Second Amended Complaint as to property seized solely for evidence (Consent Motion). On October 7, 2015, the Court entered a Scheduling Order requiring the District to file its motion to dismiss by November 6, 2015. The District seeks a two-week extension of the deadline due to the competing professional obligations of undersigned counsel, making the motion to dismiss due on or by November 20, 2015. *See* Fed. R. Civ. P. 6(b)(1).

The District attaches a memorandum of points and authorities in support of this Consent Motion, and a proposed order for the Court's consideration.

Pursuant to Local Civil Rule 7(m), undersigned counsel discussed this matter in good faith with opposing counsel, and Plaintiffs consent to the requested relief. The District respectfully requests that the Court grant the Consent Motion and enter the proposed order.

Dated: October 30, 2015                    Respectfully submitted,

                                                              KARL A. RACINE
                                                              Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (D.C. Bar No. 453765)
Chief, Equity Section

/s/ Fernando Amarillas
FERNANDO AMARILLAS (D.C. Bar No. 974858)
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 442-9887
Facsimile:  (202) 730-0646
Email: fernando.amarillas@dc.gov

/s/ Bradford C. Patrick
BRADFORD C. PATRICK (D.C. Bar No. 1004979)
Assistant Attorney General
441 Fourth Street, NW, Sixth Floor South
Washington, DC 20001
Telephone: (202) 724-6627
Facsimile: (202) 741-0599
Email: bradford.patrick@dc.gov

*Counsel for Defendant the District of Columbia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KIMBERLY KATORA BROWN**, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | |
| | ) | |
| **GOVERNMENT OF THE** | ) | Civil Action No. 13-00569 (CRC) |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO DISMISS COUNT THREE OF
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant the District of Columbia (the District) respectfully submits the following memorandum of points and authorities in support of the Consent Motion for Extension of Time to File Motion to Dismiss Count Three of Plaintiffs' Second Amended Complaint as to property seized solely for evidence (Consent Motion):

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. Plaintiffs' consent to the requested extension of time;

3. The District's showing of good cause in support of the Consent Motion; and

4. The inherent power of the Court.

The District seeks a two-week extension for good cause, and the requested extension will not prejudice Plaintiffs or delay the resolution of this matter. Accordingly, the District respectfully requests that the Court grant the Consent Motion and enter the proposed order.

Dated: October 30, 2015          Respectfully submitted,

                                 KARL A. RACINE
                                 Attorney General for the District of Columbia

2

        ELIZABETH SARAH GERE
        Acting Deputy Attorney General
        Public Interest Division

        /s/ Toni Michelle Jackson
        TONI MICHELLE JACKSON (D.C. Bar No. 453765)
        Chief, Equity Section

        /s/ Fernando Amarillas
        FERNANDO AMARILLAS (D.C. Bar No. 974858)
        Assistant Attorney General
        441 Fourth Street, NW
        Sixth Floor South
        Washington, D.C. 20001
        Telephone: (202) 442-9887
        Facsimile:  (202) 730-0646
        Email: fernando.amarillas@dc.gov

        /s/ Bradford C. Patrick
        BRADFORD C. PATRICK (D.C. Bar No. 1004979)
        Assistant Attorney General
        441 Fourth Street, NW, Sixth Floor South
        Washington, DC 20001
        Telephone: (202) 724-6627
        Facsimile: (202) 741-0599
        Email: bradford.patrick@dc.gov

        ***Counsel for Defendant the District of Columbia***