UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No:   13-569 (CRC) |

PLAINTIFFS' RENEWED MOTION FOR CLASS ACTION TREATMENT

Named plaintiffs (defined in the attached Memorandum and Proposed Order) hereby respectfully move this Court pursuant to Fed. R. Civ. P. 23(a) and 23(b) (2) and 23(b) (3) to enter an order certifying the classes defined in the attached Proposed Order, appointing them as Named Plaintiffs as indicated in the Proposed Order, and appointing William Claiborne and Lynn Cunningham as class counsel and for other relief requested herein.

Named Plaintiffs do request a hearing on this motion.

CONSENT SOUGHT BUT NOT OBTAINED

Named Plaintiffs sought consent from defendant before filing this motion pursuant to LCvR 7(m) but defendant did not consent.

MOTION TIMELY FILED

The original motion for class action treatment based on the First Amended Complaint was filed before the expiration of the 90 day period of LCvr 23.1(b) and this motion is timely filed.

## MOTION BASED ON PLAINTIFF'S SECOND AMENDED COMPLAINT

This motion is based on plaintiffs' Second Amended Complaint [15]. Plaintiffs propose revised class definitions for some classes based on their investigations.

## DEFENDANT

Defendant in the case is the District of Columbia.

| | |
|---|---|
| Respectfully submitted,<br><br>/s/ William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for named plaintiffs<br><br>2020 Pennsylvania Ave, NW<br>#395<br>Washington, DC 20006<br>Phone 202/824-0700<br>Email clairbornelaw@gmail.com | Respectfully submitted,<br><br>/s/ Lynn E. Cunningham<br>LYNN E. CUNNINGHAM<br>D.C. Bar # 221598<br><br>Counsel for named plaintiffs<br><br>P.O. Box 1547<br>Dubois, WY 82513<br>307-431-4158 (cell)<br>Email lcunningham@law.gwu.edu<br>Admitted in New York, Washington, D.C. and Wyoming. |