UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, *et al.*,<br><br>Plaintiffs,<br><br>  v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 13-569 (CRC) |

<u>STIPULATION OF PLAINTIFFS TAKIA JENKINS AND MUSLIMAH TAYLOR DISMISSING THEIR CLAIM THREE-EVIDENCE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Takia Jenkins and Muslimah Taylor, and Defendant the District of Columbia stipulate that Plaintiffs Takia Jenkins and Muslimah Taylor are DISMISSED from this case, together with Plaintiffs' Claim Three as to property seized for evidence. Each party is to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>ELIZABETH SARAH GERE<br>Acting Deputy Attorney General<br>Public Interest Division<br><br><u>/s/ Toni Michelle Jackson</u><br>TONI MICHELLE JACKSON<br>(D.C. Bar No. 453765)<br>Chief, Equity Section<br><br><u>/s/ Fernando Amarillas</u><br>FERNANDO AMARILLAS<br>(D.C. Bar No. 974858)<br>Assistant Attorney General<br>441 Fourth Street, NW, Sixth Floor South | <u>/s/ William Claiborne</u><br><br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br>2020 Pennsylvania Ave., NW<br>Suite 395<br>Washington, D.C. 20006<br>Phone 202-824-0700<br><br><u>/s/ Lynn E. Cunningham</u><br>LYNN E. CUNNINGHAM<br>D.C. Bar # 221598<br>P.O. Box 1547<br>Dubois, WY 82513<br>Phone 307-431-4158<br><br>*Counsel for Plaintiffs* |

| | |
|---|---|
| Washington, D.C. 20001<br>Telephone: (202) 442-9887<br>Facsimile:  (202) 730-0646<br>Email: fernando.amarillas@dc.gov<br><br>/s/ Caliandra Burstein<br>CALIANDRA BURSTEIN<br>(D.C. Bar No. 1014852)<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>Telephone: (202) 727-6247<br>Facsimile: (202) 741-0579<br>Email: caliandra.burstein@dc.gov<br><br>***Counsel for Defendant the District of Columbia*** | Dated:  December 21, 2015 |