UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, et al.<br><br>Plaintiffs,<br><br>    v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No: 13-569 (CRC) |

NOTICE

Plaintiffs Steele and Stewart and Claim 10

Plaintiffs' Counsel are still taking instructions from their clients on whether to dismiss Ms. Steele and Mr. Stewart from the case and whether plaintiffs will pursue Claim 10. Plaintiffs will file an update as soon as they have information to report.

Respectfully submitted,

| | |
|---|---|
| /s/William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for Named Plaintiffs<br>2020 Pennsylvania Ave., N.W.<br>#395<br>Washington, DC 20006<br>Phone 202/824-0700<br>Email clairbornelaw@gmail.com | |
| /s/ Bennett Borden | |

| | |
|---|---|
| BENNETT BORDEN<br>D.C. Bar # 501228<br><br>Counsel for Named Plaintiffs<br>1500 K Street, N.W.,<br>Ste. 1100<br>Washington, DC 20005-1209<br>Phone (202) 842-8800 phone<br>Fax (202) 842-8465 | |
| /s/ Lynn E. Cunningham<br>LYNN E. CUNNINGHAM<br>D.C. Bar # 221598<br>Counsel for named plaintiffs<br><br>P.O. Box 1547<br>Dubois, WY  82513<br>307-455-3374  (landline)<br>307-431-4158 (cell) | |