UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No: 13-569 (CRC) |

CONSENT CERTAIN PLAINTIFFS' MOTION TO DISMISS CLAIMS AGANST

DEFENDANT DISTRICT OF COLUMBIA

Certain plaintiffs respectfully move this Court pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss their claims as follows:

Plaintiff Kimberly Katora Brown moves this Court to dismiss all her claims with prejudice;

Plaintiffs Gregory Stewart, Ishebekka Beckford, and Chiquata Steele move this Court to dismiss all their claims without prejudice;

All plaintiffs move this Court to dismiss Claim 10, the "Memphis Light" Claim without

prejudice.

## CONSENT SOUGHT AND OBTAINED

Pursuant to LCvR 7(m) plaintiffs sought the consent of the defendant to relief sought herein and defendant does consent.

Respectfully submitted,

| | |
|---|---|
| /s/W Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for Named Plaintiffs<br>2020 Pennsylvania Ave., N.W.<br>#395<br>Washington, DC 20004<br>Phone 202/824-0700 | |