UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No: 13-569 (CRC) |

~~PROPOSED~~ ORDER

Certain Plaintiffs' motion is granted as follows:

All of Plaintiff Kimberly Katora Brown's claims are dismissed with prejudice;

All of Plaintiffs Gregory Stewart, Ishebekka Beckford, and Chiquata Steele's claims are dismissed with prejudice;

Claim 10, the "Memphis Light" Claim, is dismissed without prejudice as to all remaining Named Plaintiffs.

.

*[signature]*
CHRISTOPHER R. COOPER
United States District Judge

~~Judge Ketanji Brown Jackson~~

1