UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 13-569 (CRC) |

NOTICE

Initial Order

Class definition approved by the Southern District of New York in <u>Krimstock v. Kelly</u>

In response to the Minute Order docketed 8/21/2017 in which the Court asked the parties to provide the Court with the precise class definition approved by the Southern District of New York in <u>Krimstock v. Kelly</u>, plaintiffs state as follows.

Attached is the Amended Initial Order provided by plaintiffs' counsel in the <u>Krimstock</u> case, Thomas O'Brien, Esq., which plaintiffs is docket number 43. Mr. O'Brien states that the current definition is in the Third Amended Order, which is basically the same, but with the addition of vehicles seized as "evidence" to reflect the Second Circuit's latest ruling in 2006.

| 01/29/2004 | 43 | AMENDED JUDGMENT amending 40 Judgment, reflecting the holding of the USCA that person whose vehicles are seized under MYC Code 14-140 as alleged instrumentalities of crime "must be given an opportunity to test the probable validity of the City's deprivation of their venhicles pendente lite, including probable cause for the initial warrantless seizure.", and that such opportunity be provided in a prompt post-seizure retention hearing, with |

| | |
|---|---|
| | adequate notice." and certifying the class. (Signed by Judge Michael B. Mukasey on 1/22/04) the clerk's office has mailed copies.(ml, ) (Entered: 01/29/2004) |

Respectfully submitted,

/s/ William Claiborne

WILLIAM CLAIBORNE

D.C. Bar No. 446579
717 D Street, NW Suite 300
Washington, D.C. 20004
*Counsel for Plaintiffs*