UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

KIMBERLY KATORA BROWN, et al.

Plaintiffs,

v.

GOVERNMENT OF THE DISTRICT OF COLUMBIA,

Defendant.

Civil Action No: 13-569 (CRC)

ORDER

Plaintiffs' motion [121] is GRANTED.

All of Plaintiff Kimberly Katora Brown's claims are dismissed with prejudice;

All of Plaintiffs Gregory Stewart, Ishebekka Beckford, and Chiquala Steele's claims are dismissed without prejudice;

Claim 10, the "Memphis Light" Claim, is dismissed without prejudice as to all remaining Named Plaintiffs.

ORDER at ECF 151 is hereby VACATED.

_____
Judge Christopher R. Cooper
Judge, United States District Court for the District of Columbia

1