UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICKOYA HOYTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No: 13-569 (CRC) |

NOTICE

Plaintiffs' Disclosure of Expert Witness to Defendant

Pursuant to Fed. R. Civ. P. 26(a)(2)(A) today plaintiffs disclosed to defendant the identity of the witness plaintiffs may use at trial to present evidence under the Federal Rule of Evidence 702, 703, or 705 regarding opinion on fair market daily rental value of vehicles in greater District of Columbia market and other related topics.

Sharon Faulkner
Car Rental Industry Consultant
Expert Witness
www.acraorg.com
PO Box 584, Long Lake, NY 12847
Ph 888.200.2795
sfaulkner@acraorg.com

    Respectfully submitted,

    /s/William Claiborne
    WILLIAM CLAIBORNE
    D.C. Bar #446579
    Counsel for plaintiffs

    717 D Street, N.W.
    Suite 300
    Washington, D.C. 20004-2815

Phone 202/824-0700
email claibornelaw@gmail.com