UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICKOYA HOYTE, *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA,<br><br>  *Defendant.* | Civil Action No. 13-569 (CRC) |

NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.6(b), Ty Johnson, respectfully withdraws her appearance as counsel for Defendant the District of Columbia. Fernando Amarillas, Esther McGraw, and Christine Gephardt remain as counsel for the defendant.

Dated:  January 18, 2018.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

TONI MICHELLE JACKSON [453765]
Chief, Equity Section

/s/ Ty M. Johnson
TY JOHNSON [1044025]
Assistant Attorney General
Suite 630 South
441 Fourth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 442-9880
Facsimile: (202) 741-0658
ty.johnson@dc.gov