UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

NICKOYA HOYTE, et al.

Plaintiffs

v.

GOVERNMENT OF THE DISTRICT OF
COLUMBIA,

Defendant

Civil Action No: **13-569 (CRC)**

**Affidavit of Sharon Faulker**

My name is Sharon Faulkner and I prepared an opinion and a supplemental opinion in this case including affidavits.

I am told that the opinion and exhibits were filed as P. Ex. 179-1 to 179-3, and the supplemental opinion and exhibits were filed as P. Ex.179-4 to 179-6.

P. Ex. 179-4 (Attachment B to my original report) states my opinion for each vehicle on the spreadsheet I was given the classification of the vehicle and my opinion on the fair market daily rental rate for each vehicle.

The bases of my opinion for P. Ex. 179-4 (Attachment B to my original report) are contained in the original report (P. Ex. 179-1 to 179-3) and the supplemental report (P. Ex.179-4 to 179-6).

I, **Sharon Faulkner**, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the information in this affidavit is true to the best of my knowledge.

*Sharon Faulkner* (signature)

**Sharon Faulkner**

Signed at the geographic location of _1820 North Point Rd, Long Lake, NY 12847_ on the date of _8/12/18_, 2018.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICKOYA HOYTE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No: 13-569 (CRC) |

**AFFIDAVIT OF BENNET BORDEN REGARDING POST DISCOVERY ANALYSIS OF EVIDENCEONQUE DATA AND ELECTRONIC HARDCOPY DOCUMENTS**

1.      My name is Bennett B. Borden and I am a Partner at Drinker Biddle & Reath, LLP, its Chief Data Scientist and Chair of its Information Governance and eDiscovery practice group. I am Chair of the Cloud Computing Committee and Vice-chair of the Internet of Things and the Electronic Discovery and Digital Evidence Committees of the Science and Technology Section of the American Bar Association.  I am also a member of the National Conference of Lawyers and Scientists of the American Association for the Advancement of Science.  I have been a member of Working Group 1 of The Sedona Conference for 12 years and have been on the drafting committees of several of its publications including The Cooperation Proclamation. I hold a J.D. from Georgetown University Law Center and an M.S. in Business Analytics from New York University.

2.	Plaintiffs submit three spreadsheets as exhibits, P. Ex. 220, Master Vehicle spreadsheet, 236, the Money spreadsheet; P. Ex. 266, the "No Papered" spreadsheet.

3.	These exhibits are subsets of the Merged Data spreadsheet, referenced in the Affidavit of Bennett Borden Regarding Post Discovery Analysis of EvidenceOnQue Data and Electronic Hardcopy Documents, P. Ex. 280.

4.	To assist the Court in understanding the data contained in Exhibits 220, 236 and 266, plaintiffs have renamed each column of data to describe the data in each column.

5.	The tables below shows the name of each column in the spreadsheet, where the data in each column comes from, and an explanation of the data in each column. The explanation can also be seen in each of the three spreadsheets by hovering the cursor over the column name.

**Vehicle spreadsheet, P. Ex. 220:**

| Spreadsheet column name | Data in Spreadsheet comes from | Explanation of the data in each column |
|---|---|---|
| Identification Number | FolderBarcode - EvidenceOnQ | Unique property identifier generated by EoQ. |
| Property Classified As | PropertyClassification_Description - EvidenceOnQ | Reason for Seizure- from EoQ. |
| Adjusted Recovery Date | calculation field added by Plaintiffs | Later of Recovery Date or the first day of the class period, 4/25/2010 (accounts for overlap vehicles) |

| Disposition Date | FolderMoveDate - EvidenceOnQ | Date reflecting the final disposition of property (e.g. returned to owner, held for civil forfeiture). |
|---|---|---|
| Total Detention Days | calculation field added by Plaintiffs | Total number of days the District held property. [calculation field] |
| Adjusted Total Over Detention Days | calculation field added by Plaintiffs | Total Detention Days minus the 30 day grace period allowed to District to provide Brown hearings. [calculation field] |
| Daily Fair Market Rental Rate | P. Ex. 220, Attachment B | Daily Fair Market Rental rate provided by Plaintiff's care rental expert. |
| Location of Property | CurrentLocationName - EvidenceOnQ | States whether vehicle released to owner or still held by MPD- from EoQ. |
| Why MPD Stopped Vehicle | EventType_Description - EvidenceOnQ | Arrest charge- from EoQ. |
| Name | EvidenceOnQ name fields | Name of a person associated with a vehicle- from EoQ. |

Page 3

**Money spreadsheet, P. Ex. 236:**

| Spreadsheet column name | Data in Spreadsheet comes from | Explanation of the data in each column |
|---|---|---|
| Identification Number | FolderBarcode - EvidenceOnQ | Unique property identifier generated by EoQ. |
| Property Classified As | PropertyClassification_Description - EvidenceOnQ | Reason for seizure- from EoQ. |
| Recovery (Seizure) Date | RecoveryDate - EvidenceOnQ | Date on which property was seized by the MPD- from EoQ. |
| Amount | Currency_Amount - EvidenceOnQ | Amount of money seized as listed in EonQ database. |
| Name | EvidenceOnQ name fields | Name of a person associated with the money- from EoQ. |

**No-papered spreadsheet, P. Ex. 266:**

| Spreadsheet column name | Data in Spreadsheet comes from | Explanation of the data in each column |
|---|---|---|
| Identification Number | FolderBarcode - EvidenceOnQ | Unique property identifier generated by EoQ. |
| Property Classified As | PropertyClassification_Description - EvidenceOnQ | Reason for seizure- from EoQ. |
| PD 81-C Disposition | MPD form | Property release formed signed by US Attorney - MPD form |
| Adjusted Recovery Date | calculation field added by Plaintiffs | Later of recovery date or the first day of the class period, 4/25/2010 (accounts for overlap vehicles) [calculation field] |
| Date on PD 81-C | MPD form | Date on MPD's PD 81-C. |
| Days Elapsed Between Seizure and PD 81-C date | calculation field added by Plaintiffs | Calculation field measuring the number of days elapsed from the Adjusted Recovery date and the date on the U.S. Attorney PD 81-C. |

I, Bennett B. Borden, pursuant to 28 U.S.C. §1746, state under penalty of perjury that the foregoing is true and correct.

Page 5

Executed on August 9, 2018, in Washington, DC.

/s/ Bennett Borden
BENNETT BORDEN
D.C. Bar # 501228

Counsel for Named Plaintiffs
1500 K Street, N.W.,
Ste. 1100
Washington, DC 20005-1209
Phone (202) 842-8800 phone
Fax (202) 842-8465