UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIKOA HOYTE, et al.,<br><br>         *Plaintiffs*,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>         *Defendant.* | Civil Action No. 13-569 |

## NOTICE OF APPEARANCE

The Clerk shall please enter the appearance of Assistant Attorney General Joshua W. Dansby, appearing pursuant to LCvR 83.2(f), on behalf of defendant the District of Columbia in the above-captioned matter.

Dated: August 17, 2018.

        Respectfully submitted,

        KARL A. RACINE
        Attorney General for the District of Columbia

        TONI MICHELLE JACKSON
        Deputy Attorney General
        Public Interest Division

        /s/ Fernando Amarillas
        FERNANDO AMARILLAS [974858]
        Chief, Equity Section

        */s/ Joshua W. Dansby*
        JOSHUA W. DANSBY*
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 630 South
        Washington, D.C.  20001
        (202) 442-9880
        (202.730.0647 (fax)

joshua.dansby@dc.gov

*Counsel for Defendant*

* Admitted to practice only in Washington State. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar pursuant to LCvR 83.2(f).