UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICKOYA HOYTE**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**,<br><br>Defendant. | Civil Action No: **13-569 (CRC)** |

**Plaintiffs' Final Exhibit List**

| Exhibit # | Exhibit Name |
|---|---|
| 200 | Handling and Accounting for Seized and Forfeited Property (3/3/04) [MPD General Order 601.03] |
| 201 | Automobile Searches and Inventories (5/26/72) [MPD General Order 602.1] - MPD General Order explaining searches of vehicles and classification of vehicles according to MPD classification scheme |
| 202 | Dorian Urquhart Affidavit (5/18/13) |
| 203 | Urquhart documents: documents District provided to Mr. Urquhart in discovery including PD 81 |
| 204 | Urquhart depo. excerpt |
| 205 | Strickland Affidavit submitted in support of Claim 5 explaining District provided notice – including but not limited to administrative forfeiture notices – in at most 57% of seizures (2/2/07) |
| 206 | Urquhart screen shot – District's Exhibit B with Plaintiffs' annotations in red - illustrating that the "event type" field is not the "classification field" |
| 207 | blank EvidenceOnQue screen shot from Carter depo identifying District's Exhibit B/ Ps. Ex. # 206 as a screen shot from EvidenceOnQue property database |
| 208 | Reserved |

| | |
|---|---|
| 209 | Recording, Handling and Disposition of Property… (4/30/92) [MPD General Order 601.1] - MPD General Orders obligating seizing or "recovering" officers to classify property and explaining the MPD classification system<br><br>Attached to end of MPD General Order 601.1 is Special Order SO-03-04 indicating seizure of vehicles for gun offenses lies within discretion of MPD |
| 209A | Recording, Handling and Disposition of Property… (Rev. 4/30/12) [MPD General Order 601.1] revised version<br><br>pages 16 and 16a were revised April 30, 2012; page 22-23 revised September 12, 2011; p. 26, 28 revised July 10, 2012; p. 27, revised July 9, 2013; |
| 210 | Rose depo. excerpt |
| 211 | The Giovannelli Decl. is an affidavit signed under penalty of perjury by AUSA John Giovannelli explaining the U.S. Attorney's policies and practices regarding property seized by the MPD as evidence, and attached is Attorney Llewellyn's affidavit authenticating the AUSA Giovannelli Affidavit. |
| 212 | Reserved |
| 213 | Person documents: documents District provided to Ms. Person in discovery including PD 81 [duplicate of Ex. # 229A] |
| 214 | Muslimah Taylor PD 81 submitted by District in Jenkins case. [15-6]<br><br>Part I "Description of Property" on the PD 81 form relating to Ms. Taylor's Tahoe has been removed so the initial MPD classification of the vehicle (Part I.E.) is not visible. This exhibit was omitted from Plaintiffs' previous filings but it is on the Jenkins' docket at [15-6] as District's Ex. D. Naegele v. Albers, 110 F. Supp. 3d 126, 131 (D.D.C. 2015)(Court may take judicial notice of its own docket). |
| 214A | Takia Jenkins PD 81 - this is the PD 81 for Ms. Jenkins the District submitted in the Hoyte case. |
| 215 | Mendoza Affidavit (7/4/16) by Attorney Maria Mendoza stating never seen vehicles or currency offered in evidence in Superior Court proceedings |
| 216 | Jolles Affidavit (6/30/16) by Attorney Jolles stating never seen vehicles or currency offered in evidence in Superior Court proceedings |

| | |
|---|---|
| 217 | Bruckheim Affidavit (7/5/16) by Attorney Bruckheim stating never seen vehicles or currency offered in evidence in Superior Court proceedings |
| 218 | AG Nathan Written Testimony - AG Nathan's written summary of testimony before D.C. Council |
| 219 | AG Nathan Oral Testimony – This exhibit is a single page with a link to AG Nathan's oral testimony before D.C. Council testimony on the D.C. Council's website. A video jpeg file is provided to Court with the bound exhibits and a copy of the jpeg file was served on the District. |
| 220 | Notice of filing of Ps. Ex. # 220, Vehicle Spreadsheet, an Excel spreadsheet, which is provided to Chambers on a thumb drive, and which has been served on the District. The data in the Vehicle Spreadsheet is explained in Mr. Borden's affidavit, Ps. Ex. # 281, pgs. 2-3.<br><br>Since excel spreadsheets cannot be fled on the docket Plaintiffs file written notices for excel spreadsheet exhibits and provide copies on a thumb drive to Chambers and serve a copy on the District. |
| 221 | Collection of Physical Evidence [MPD General Order 304.8] outlining policies for collection of evidence including processing vehicles for evidence in them |
| 221A | Crime Scene Response and Evidence Collection (2/27/18) [MPD General Order 304.08] updated version |
| 222 | Faulkner Original Expert Report regarding fair market daily rental rates for vehicles (2/26/18) |
| 222A | Summary Rate Spreadsheet (Attachment A Faulkner Original Expert Report) Attachment A – summary of daily fair market rental rate per year per category of vehicle |
| 222B | Attachment B to Faulkner Original Expert Report – Attachment B shows the daily fair market rental rate Ms. Faulkner applied to each vehicle on the spreadsheet of vehicles exported from EvidenceOnQue; pdf version of spreadsheet filed on docket |
| 223 | Faulkner Supplemental Expert Report regarding fair market daily rental |

| | |
|---|---|
| | rates for vehicles |
| 223A | Attachment A - Excel spreadsheet showing comparisons between the rates for the three DC Area Airports vs Nextcar rates by year, with graphs |
| 223B | Attachment B - Excel spreadsheet showing the DC Area Airport rates broken out by airport by Blended, Premium, and Economy brands for the same generic sedan. |
| 223C | Attachment C - Excel spreadsheet: Columns A through F of Attachment C are fields from EvidenceOnQue showing make, model, and car body type for each vehicle in EvidenceOnQue, and Ms. Faulkner added the daily fair market rental rate for each car to the spreadsheet in Column G. |
| 223D | Attachment D is an affidavit [in pdf format filed on the docket] by Michael Meyers of Rate-Highway Ratelndex (Rate-Highway) authenticating and explaining the rate data in Attachments A and B. 223D is filed separately as Ps. Ex. # 223D. |
| 223E | Attachment E - Excel is a spreadsheet produced by Mike DeLorenzo showing the daily fair market rental rates – averaged by month – for Corollas and Camrys from Nextcar car rental agency owned by Mike DeLorenzo for the years 2010 to 2015 (with graphs); this is the NextCar rate data in Attachment A. |
| 223F | Attachment F is an affidavit [in pdf format filed on the docket] by Mike Lorenzo, owner of NextCar car rental agency, authenticating spreadsheets showing NextCar car rental rates for 2010 to 20015 which Ms. Faulkner used in her analysis |
| 224 | Committee Report on Bill 20-48, "Civil Forfeiture Amendment Act of 2014," amending the District's civil forfeiture statute, which became effective June 15, 2015 |
| 225 | Return of Property Order, Delontay Davis (2014 CF2 5034) – order granting Mr. Davis' motion for return of a vehicle after District released forfeiture hold 5 days after motion filed |
| 226 | Rule 41(g) Promulgation Order - Order of Superior Court adopting DC SCR-Crim. Rule 41 pursuant to D.C. Code § 11-946 published in the Daily Washington Law Reporter, 10/9/1990 [based on F.R.Cr.P. 41(g)] |

| | |
|---|---|
| 227 | Person Investigative File Report – MPD seized vehicle from Rodney Baggot, Ms. Person's brother |
| 228 | Person original affidavit (5/17/13) |
| 229 | Person notice of intent to administratively forfeit property dated 4/13/2013 |
| 229A | Person documents: documents District provided to Ms. Person in discovery including PD 81 [duplicate of Ex. # 213] |
| 230 | Gray depo. excerpt |
| 231 | Hoyte depo errata sheet |
| 232 | Hoyte depo excerpt [this exhibit is incorrectly referenced as Ps. Ex. # 282 in Plaintiffs' Motion for Partial Summary Judgment, p. 56] |
| 233 | Ms. Hoyte's "April 2017Affidavit of Nickoya Hoyte" explaining when she received notice about the seizure and judicial forfeiture of her money |
| 234 | Reserved |
| 235 | Lt. Gray's Second Supplemental Decl. stating number of vehicles seized and released to innocent owners from 1/1/2010 to 6/29/2012 – originally filed in Simms case |
| 236 | Notice of filing of Ps. Ex. # 236, Money Spreadsheet, an Excel spreadsheet, which is provided to Chambers on a thumb drive, and which has been served on the District. The data in the Money Spreadsheet is explained in Mr. Borden's affidavit, Ps. Ex. # 281, p. 4. |
| 237 | Thomas Claim 5 summary judgment affidavit [duplicate of Ex. # 238A] |
| 238 | Gordon Claim 5 Summary Judgment Affidavit (8/6/18) |
| 238A | Thomas Claim 5 summary judgment affidavit [duplicate of Ex. # 237] |
| 239 | Langly original affidavit (11/12/13) |
| 240 | Reserved |
| 241 | Reserved |

| | |
|---|---|
| 242 | D.C. Law 7-162, "District of Columbia Procedures for Forfeiture..." (eliminated Superior Court jurisdiction over property seized for forfeiture determinations pending judicial forfeiture proceedings). |
| 243 | Nickoya Hoyte original affidavit (5/20/13) |
| 244 | Kelly Hughes original affidavit (2/14/14) |
| 245 | Darryl Driver CourtView docket entry - disposition page from CourtView docket showing that Darryl Driver, driver of Mr. May's car when it was seized by MPD, pled guilty 9/14/2012 in 2012 CMD 8161 (disposition page only) |
| 246 | Acey original affidavit (2/20/14) [duplicate of Ex. # 275] |
| 247 | Gordon original affidavit (11/11/13) [duplicate of Ex. # 271] |
| 248 | Langly original affidavit (11/12/13) |
| 249 | Lucas original affidavit (8/22/13) |
| 250 | Hoyte documents - documents the District provided in discovery for Ms. Hoyte |
| 250A | Hoyte depo excerpt (errata sheet attached) |
| 251 | Lucas second Affidavit (2/11/14) [duplicate of Ex. # 268] |
| 252 | Holman Emails – emails from AUSA Holman regarding PD 81-C for Mr.. Lorenzo Johnson's car |
| 253 | Littlepage original and only affidavit (8/13/13) |
| 254 | Howie Emails - emails from AUSA Howie re PD 81-C for Mr. Lorenzo Johnson's car |
| 255 | Reserved |
| 256 | Currency Recovered as Evidence Directive, an MPD written directive called a "Teletype" dated 2/1/2013, which instructs MPD officers recovering currency as evidence to photograph the currency, then deposit it, and present a PD 81-C for the money to AUSA at papering; relates to MPD Special Order SO-00-17, Procedures for Handling |

| | |
|---|---|
| | Seized Monies, https://go.mpdconline.com/GO/SO-00-17.pdf<br><br>[duplicate of Ex. 265] |
| 257 | May PD 81 |
| 258 | Taylor Affidavit (1/29/14) |
| 259 | Thomas depo. excerpt |
| 260 | Reserved |
| 261 | Reserved |
| 262 | Operation and Management of Criminal Investigations (10/11/87) [MPD General Order 304.1] (classifying crimes) |
| 263 | Brown documents - discovery documents provided by District for Ms. Brown |
| 264 | Hughes PD 81 |
| 265 | Currency Recovered as Evidence Directive, an MPD written directive called a "Teletype" dated 2/1/2013, which instructs MPD officers recovering currency as evidence to photograph the currency, then deposit it, and present a PD 81-C for the money to AUSA at papering; relates to MPD Special Order SO-00-17, Procedures for Handling Seized Monies, https://go.mpdconline.com/GO/SO-00-17.pdf<br><br>[duplicate of Ex. # 256] |
| 266 | Notice of filing of Ps. Ex. # 266, No-papered Spreadsheet, an Excel spreadsheet, which is provided to Chambers on a thumb drive, and which has been served on the District. The data in the No-papered Spreadsheet is explained in Mr. Borden's affidavit, Ps. Ex. # 281, p. 5. |
| 267 | Deposits with the D.C. Treasurer (2/26/04) [MPD General Order 404.01] directing MPD officers to deposit currency same day |
| 268 | Lucas second affidavit (2/11/14) [duplicate of Ex. # 251] |
| 269 | Thomas original affidavit (8/13/13) |

| | |
|---|---|
| 270 | Littlepage first and only affidavit dated 8/13/13 [duplicate of Ex. # 253] |
| 271 | Gordon original affidavit (11/11/13) [duplicate of Ex. # 247] |
| 272 | Reserved |
| 273 | Reserved |
| 274 | Lucas Memo OAG Civil Enforcement Section Declination of Forfeiture Request - memo from Stephan LaTour, Chief OAG Civil Enforcement Section, declining to forfeit Mr. Lucas's money because simple possession of controlled substance not forfeitable offense |
| 275 | Acey original affidavit (2/20/14) [duplicate of Ex. # 246] |
| 276 | **Plaintiffs' objections to District's SMFs and Plaintiffs' Counter-statement of SMFs**<br><br>**- statements in the left column are the District's SMF, and Plaintiffs' explanations for why the objections are invalid and do not create genuine disputes are in the right column; Plaintiffs' counter-statement of SMFs also in right column** |
| 276A | Acey depo. excerpt<br><br>This exhibit is incorrectly referred to as Ps. Ex. # 276 in Plaintiffs' papers. |
| 277 | Reserved |
| 278 | Gordon - Notice of Intent to Administratively Forfeit the Following Property, dated March 5, 2013 |
| 279 | Gordon and Langly joint PD 81 – this is a single PD 81 recording seizures of money from both Mr. Gordon and Ms. Langly [the MPD used a single PD 81 to record the seizures of money from Mr. Gordon and Ms. Langly] |
| 279 | Langly depo. excerpt [filed as 204-8]<br><br>The exhibit number 279 was assigned to two different exhibits, namely, the Gordon/ Langly joint PD 81 and the Langly depo. excerpt. |
| 280 | Borden Affidavit explaining how his team created spreadsheets that are subsets of the EvidenceOnQue Data data export spreadsheet |
| 281 | Faulkner affidavit authenticating her reports. The ECF numbers referenced in the affidavit have been superseded because the exhibits |

| | |
|---|---|
| | have been refiled per the Court's Order and thus assigned new ECF docket numbers. |
| 282 | Bennett Bordon Affidavit summary of voluminous data on Column header names. |
| [*282*] | Ms. Hoyte's depo. excerpt: referenced in Plaintiffs' Motion for Partial Summary Judgment as Ps. Ex. # 282 on p. 56) – this exhibit is actually labeled as Ps. Ex. # 232 |

| | |
|---|---|
| 283-288 | Reserved/ deleted |
| 289 | Plaintiffs' objections to Jerrell Carter Affidavit (Defendant's Ex. NN): chart showing Mr. Carter 's statements in the left column and Plaintiffs' explanations for why the objections are invalid and do not create genuine disputes in the right column. |
| 289A | Gordon documents - documents the District provided in discovery for Mr. Littlepage |
| 290 | Reserved |
| 291 | Mr. Borden summary of voluminous documents submitted in support of Plaintiffs' Opposition/ Reply. |
| 292 | Vance - Order on Rule 41(g) motion for return of Ms. Muslimah Taylor's vehicle issued by Superior Court judicial officer in his criminal case. |
| 293 | Notice of Revised vehicle spreadsheet - an Excel spreadsheet showing a revised list of vehicles seized for forfeiture (originally filed as Ps. Ex. # 220) to which has been added (1) the fair market value of the vehicle as calculated by the Property Clerk; and (2) the state in which the vehicle was registered, if that data was in the EvidenceOnQue data. |
| 294 | Reserved |
| 295 | Hughes documents - discovery documents District provided for Ms. Hughes |
| 295A | Hughes depo. excerpt |
| 296 | Gordon depo excerpt<br><br>[pages 55 and 57 are cited in the SMF but are omitted from the depo excerpt] |

| | |
|---|---|
| | Referred to as Ps. Ex. # 273 in SMF # 94, p. 18.<br><br>This exhibit number – Ps. Ex. # 296 - is assigned to two different exhibits. |
| 296A | pages 55 and 57 of Gordon depo excerpt |
| 296 | Gordon - discovery documents District provided for Mr. Gordon.<br><br>This exhibit is also referred to in the Plaintiff's papers as Ex. # 279. |
| 297 | Gordon PD 81-C from U.S. Attorney |
| 298 | IRS publication 15-B showing 2018 annual lease values ("ALVs") |
| 299 | Mr. Littlepage Gerstein |
| 300 | Littlepage PD 81s |
| 301 | May documents – documents District provided Mr. May in discovery |
| 302 | Person depo excerpt |
| 303 | Reserved |
| 304 | Reserved |
| 305 | Person summary judgment bankruptcy affidavit explaining why she did not include this lawsuit on her list of asset in her bankruptcy case |
| 306 | Littlepage – documents District provided in discovery for Mr. Littlepage |
| 307 | Ms.Hoyte's response to District's Interrogatory #4, describing her trip to Property Clerk to see about her car |
| 308 | Hoyte property release card authorizing release of her vehicle prepared by MPD [duplicate of Ex. # 327] |
| 309 | Hoyte PD 81-C from the OAG releasing forfeiture hold on Ms. Hoyte's money |
| 310 | May application for waiver/ reduction of bond |
| 311 | May depo. excerpt |
| 312 | Carter II (2017) 30(b)(6) depo. excerpt – excerpt from Mr. Carter's second 30(b)(6) deposition taken in 2017t |

| | |
|---|---|
| 313 | Carter I (2016) 30(b)(6) – excerpt from Mr. Carter's first 30(b)(6) deposition taken in 2016 |
| 314 | Gray depo excerpt [attached as an exhibit to the deposition excerpt is Lt. Gray's Supplemental Decl. originally filed in the Simms case] |
| 315 | Lucas depo. excerpt |
| 315A | Thomas "ownership affidavit" explaining how his money was found under his mattress in the room he shared with his sister |
| 316 | Rose depo. excerpt |
| 317 | Thomas depo. excerpt |
| 318 | Urquhart depo. excerpt |
| 325 | Plaintiffs' Opposition to Defendant's Statement of Material Facts and Counterstatement of Undisputed Material Facts |
| 326 | Brown discovery documents - annotated in red by Plaintiffs |
| 327 | Hoyte property release card authorizing release of Ms. Hoyte's vehicle prepared by MPD [duplicate of Ex. # 308] |
| 328 | Kimberly Brown affidavit |
| 329 | Ishebekka Beckford affidavit |
| 330 | Nickoya Hoyte affidavit |
| 331 | Kelly Hughes affidavit |
| 332 | Shanita Washington affidavit |
| 333 | Tanisha Williams affidavit |
| 334 | Frederick Simms affidavit |
| 335 | Nelly Moreia affidavit |
| 336 | Keith Chung affidavit |
| 337 | Sharlene Powell affidavit |