UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICKOYA HOYTE,** *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>**Defendant.** | **Civil Action No. 13-569 (CRC)** |

## NOTICE

Attached is the Parties proposed final approval order revised to reflect: (1) the Parties' agreement regarding the allocation of the unexpected Administrative Expenses; and (2) the current claims rate.

### Unexpected Administrative Expenses

After negotiations between Class Counsel and the Claims Administrator, JND, the Claims Administrator has agreed to reduce its total charges to $118,031.90. This leaves an "overage" or unexpected amount of $69,152.90. The Parties agreed to allocate one half of this amount, or $34,576.45, to be paid from Attorney's Fees, and one half to be paid from the Base SCM Fund which in the final analysis will probably come from any reverter.

Tritura will not charge for the approximately $30,000 of additional work it will perform in assisting the Claims Administrator administer conducting research for providing notice the claims.

Class Counsel will spend additional and they will not bill for the time.

### Updated "reaction rate" and "claims rate"

As of February 19, 2021, the Class Administrator had received and processed a total of 1,995 Claim Forms (Total Vehicle Claims Received: 885; Total Forfeiture Notice Claims

Received: 1,110), and as of the Fairness hearing, there were 2,343 Claim Forms filed (Total Vehicle Claims Received: 1,072; Total Forfeiture Notice Claims Received: 1,271). These numbers indicate that the number of Vehicle Claims received exceeds the number of Vehicle Forfeiture Class members.

As of February 19, 2021, based on the weekly status report from the Claims Administrator, the "claims rate" for the Vehicle Forfeiture Class based on the number of claims approved over the number of class members exceeded 15.5%.[1] The reaction rate and claims rate of the Forfeiture Notice Class, although less, is nonetheless favorable given the challenges posed by identifying class members in the first instance and by the nature of the class such as the transient nature of the Forfeiture Notice Class members and the small amount of most claims.

Based on the March 4, 2021 weekly status report from the Claims Administrator, the Claims Administrator has approved 151 Vehicle Claims yielding an updated "claims rate" of about 17.5%, which is an especially robust claims rate for civil rights claims of this nature.

The reaction rate and claims rates will likely go up because the Claims Administrator is still processing claims received and the claims period is not yet over so likely more claims will be received. The last day for class members to file a Claim Form is March 22, 2021. There was not a single objection and no class member opt-outed out.

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiff
ClaiborneLaw

---

[1] Plaintiffs provided copies of the weekly status reports in Excel spreadsheets to the District and Plaintiffs will provide them to the Court by email if requested.

717 D Street, N.W., Ste 300
Washington, DC 20004
Phone 202/824-0700

Email claibornelaw@gmail.com

.